UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00644-MR

| | | |
|---|---|---|
| TREVON HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FNU MCALL, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on review of Plaintiff's Complaint [Doc. 1], filed under 42 U.S.C. § 1983. Plaintiff is proceeding in forma pauperis. [Docs. 2, 7].

Pro se Plaintiff Trevon Hopkins ("Plaintiff") is a federal inmate currently incarcerated at MIAMI FDC located in Miami, Florida. He filed this action on November 17, 2020, pursuant to 42 U.S.C. § 1983, naming FNU Mcall, identified as a Detention Officer at Mecklenburg County Jail, as the sole Defendant. [Doc. 1]. Plaintiff's Complaint is largely illegible, and it is also unsigned and undated. From what the Court can tell, Plaintiff alleges that, on September 11, 2019, he was assaulted by Officer Mcall, being struck multiple times. [Id. at 5]. The Plaintiff appears to seek monetary damages, but the Court cannot discern Plaintiff's injuries and what other damages

Plaintiff may be seeking. [See id. at 7]. As such, the Court cannot conduct initial review on Plaintiff's Complaint as submitted. The Court will, therefore, order Plaintiff to submit an Amended Complaint that is fully legible, signed, and allows the Court meaningful review.

**IT IS THEREFORE ORDERED** that Plaintiff shall submit an amended complaint that is fully legible, signed, and dated within thirty (30) days of this Order. If Plaintiff fails to timely submit an amended complaint in accordance with the terms of this Order, Plaintiff's Complaint may be dismissed without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED**.

Signed: February 10, 2021

Martin Reidinger
Chief United States District Judge