# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:20-cv-00644-MR

| | |
|---|---|
| TREVON HOPKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU MCALL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Trevon Hopkins ("Plaintiff") is a federal inmate currently incarcerated at MIAMI FDC located in Miami, Florida. He filed this action on November 17, 2020, pursuant to 42 U.S.C. § 1983, naming FNU Mcall, identified as a Detention Officer at Mecklenburg County Jail, as the sole Defendant. [Doc. 1]. Plaintiff's Complaint was largely illegible, unsigned, and undated. [See id.]. As such, the Court could not conduct initial review on Plaintiff's Complaint as submitted. For that reason, on February 10, 2021, the Court ordered Plaintiff to submit an Amended Complaint that is fully legible, signed, and allows the Court meaningful review within 30 days of that Order. [Doc. 10]. The Court cautioned Plaintiff that the action would be

dismissed without prejudice and without further notice to Plaintiff if he failed to timely amend his Complaint. [Id.].

More than 30 days have passed, and Plaintiff has not filed an amended complaint. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: March 25, 2021

Martin Reidinger
Chief United States District Judge